UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JENNIFER LONG,**

      **Plaintiff,**

v.                                                Case No.  6:21-cv-1649-CEM-EJK

**RAVAGO AMERICAS, LLC,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Renewed Motion for Approval of Fair Labor Standards Act Settlement and Dismissal with Prejudice (Doc. 25). The United States Magistrate Judge issued a Report and Recommendation (Doc. 28), recommending that the Motion be granted in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that the parties filed a Joint Notice of Non-Objection (Doc. 29), the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 28) is **ADOPTED** and made a part of this Order.

2. The Joint Renewed Motion for Approval of Fair Labor Standards Act Settlement and Dismissal with Prejudice (Doc. 25) is **GRANTED in part** and **DENIED in part**.

    a. The amendment clause of the Settlement Agreement, (Doc. 25-1 ¶ 17), is **STRICKEN**.

    b. As modified herein, the Settlement Agreement (Doc 25-1) is **APPROVED**.

    c. The Motion is otherwise **DENIED**.

3. The case is **DISMISSED with prejudice**.

4. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida on July 25, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record